**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 146 EAL 2017
:
           Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
      v. :
:
:
:
MARK BROWN, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.